| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>-------------------------------------------------------- X<br>ZEV YOURMAN,<br><br>                            Plaintiff,<br><br>    - against -<br><br>VERIZON COMMUNICATIONS-<br>TELECOMMUNICATIONS CORPORATION<br>and JOSEPH SANTOS,<br><br>                         Defendants.<br>-------------------------------------------------------- X | C/M<br><br><br><br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATION AND<br>DISMISSING CASE**<br><br>20-cv-0336 (BMC) (LB) |

**COGAN**, District Judge.

      This matter is before me on the Report and Recommendation of Magistrate Judge Bloom dated October 14, 2020, in which she recommended dismissal of *pro se* plaintiff's case pursuant to Federal Rules of Civil Procedure 16(f) and 37(b)(2)(A)(v), as *pro se* plaintiff has failed to appear at three Court-ordered conferences in this matter and has not contacted the Court or defendant's counsel to request an adjournment or to explain the absences. The parties were given fourteen days to object to the Report and Recommendation. It has been 26 days and no objections have been filed. Thus, having reviewed the Report and Recommendation, I adopt it in full.

      It is therefore ORDERED that plaintiff's case is dismissed pursuant to Federal Rules of Civil Procedure 16(f) and 37(b)(2)(A)(v). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis*

status is denied for the purpose of an appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).  The Clerk is directed to enter judgment accordingly.

**SO ORDERED.**

                                                                                                 _____

U.S.D.J.

Dated: Brooklyn, New York
      November 5, 2020