FILED
INCLUDED IN RECORDS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 31 2021 ★
BROOKLYN OFFICE

United States District Court
Eastern District of New York

Zev Yourman,

        Plaintiff,

v.

Verizon Communications Inc., i/s/h/a
Verizon Communications and Joseph
Santos, et al.

        Defendants.

Civil Action No.:
1:20-CV-336(BMC)(LB)

*Rec. in p drive 3/31/21 rg

Letter From Plaintiff Pro Se to:
Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
copy sent to :
Attorney for Defendants
Wilson, Elser
Attention: Craig Ginsberg
150 East 42nd Street
NY, NY 10017

Honorable Judge Bloom:
Greeting:

1.) I Zev Yourman am the Plaintiff Pro Se in this action. I am not an attorney and I have never been to law school.

2.) The contents herein are true to the best of my knowledge, except that which is upon knowledge and belief, and are not frivolous, upon penalty of perjury.

3.) This letter is a respectful request that the proceedings in this litigation be temporarily put on hold/stayed.

4.) Facts leading to this court action: I have been a lifeline subscriber of Verizon telephone service for many years including the time period of the events leading to this action.

5.) Verizon unlawfully shut down my service in late 2018. After many unsuccessful attempts to get Verizon to reactivate my service, including a visit from a Verizon employee who failed to restore my service, damaged my apartment, left equipment in my apartment and failed to return to complete the work, the New York Attorney General suggested I take legal action against Verizon.

6.) On or about January 16, 2020 I filed this legal action against Verizon in this court.

7.) Soon after, the Covid Pandemic struck.

8.) Due to government directives and health issues, I have been locked down ever since.

9.) I have little contact with the outside world at this time, and no reliable means of communication. (see above #5.)

10.) Retrieving my mail, as per this case, is a serious safety issue at this time.

11.) Verizon upon knowledge and belief, has the ability with the mere flick of a switch in their tech center, to reactivate service on my phone line. In the interests of altruism, it would certainly make my situation more bearable.

12.) Due to my confinement, and in relationship to above paragraphs #8.,#9.,#10., I am incapable of participating in this court action at this time, even though my grievances against the Defendants still remain.

13.) Wherefore: This Plaintiff respectfully requests that this Court place this case on hold/stayed until society returns to normal and the courthouse is fully open to the public.

Yours etc.,

*Zev Yourman*    November 11, 2020

Zev Yourman
Plaintiff Pro Se
1274 49th Street
#525
Brooklyn, NY
11219

PROOF OF
SERVICE ON
DEFENDANTS - Zev Youman
Zev Youman

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

NEW YORK, NY 10017
OFFICIAL USE

7020 0640 0000 3466 2033

| | | |
|---|---|---|
| Certified Mail Fee | $3.55 | 0303 |
| $ | $0.00 | |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $ $0.00 | BROOKLYN NEW YORK DEC 28 2020 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.55 | 12/28/2020 |
| Total Postage and Fees | $4.10 | |

Sent To
WILSON ELSER/ATTENTION: CRAIG GINSBERG
Street and Apt. No., or PO Box No.
150 EAST 42ND STREET
City, State, ZIP+4®
N.Y. NY 10017

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions





FROM
ZEV YOURMAN
PLAINTIFF- PRO SE
1274 49TH ST,
# 525
BROOKLYN, NY

UNITED STATES DISTRICT COURT
ATT: MAGISTRATE JUDGE
LOIS BLOOM
EASTERN DISTRICT NY
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201